UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: ) | Chapter 7 | |
| WILLIAM D. WENTWORTH, JR. ) | Case No. 24-11577-JEB | |
| MICHELLE J. WENTWORTH ) | | |
|     Debtors ) | | |

---------------------------------------------

## NOTICE OF ABANDONMENT

To: <u>United States Trustee, Debtor, and Parties in Interest</u>:

Notice is hereby given, pursuant to 11 U.S.C § 554 of the Bankruptcy Code, that the Trustee of the above-named Debtors estate intends to abandon the following assets (the "Assets"):

| ASSET DESCRIPTION | SCHEDULED VALUE/ ASSESSED VALUE | EXEMPTION | TOTAL AMOUNT OF SECURED CLAIMS |
|---|---|---|---|
| 1997 BMW 2319 | $3,119.00 | $0 | $0 |
| 2011 Chevrolet Suburban | $3,113.00 | $0 | $0 |
| 2014 Ford Explorer | $5,983.00 | $0 | $0 |
| 2012 Hyundai Tucson | $2.004.00 | $0 | $0 |
| 1999 Black Utility Trailer | $500.00 | $0 | $0 |

REASON FOR ABANDONMENT:

The Trustee believes there is no equity or value in the Assets for the estate. The Trustee has forwarded information relative to these vehicles to an auctioneer who has indicated that after the associated costs with liquidating the above Assets, there would be no value to the estate.

Any objections to abandonment of the Assets may be filed in writing in the Clerk's Office, U.S Bankruptcy Court, 5 Post Office Square, Suite 1150, Boston, MA 02109-3945 within fourteen days (14) of the mailing of this notice. This notice is being mailed on September 4, 2024. See Fed R. Bankr. P. 2002 and 6007, and MLBR 6007-1. A copy of any objection should also be sent by first class mail, postage prepaid, to the Trustee at the address listed below:

Dated:  September 4, 2024                                    GARY W. CRUICKSHANK, TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　　　of William D. Wentworth, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　Michelle J. Wentworth


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gary W. Cruickshank,Esq.

　　　　　　　　　　　　　　　　　　　　　　　　　　Gary W. Cruickshank, Esq. BBO #  107600
　　　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Gary W. Cruickshank
　　　　　　　　　　　　　　　　　　　　　　　　　　10 Post Office Square, Suite 800 South
　　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　　　　　(617) 330-1960
　　　　　　　　　　　　　　　　　　　　　　　　　　gwc@cruickshank-law.com

Case 24-11577    Doc 12    Filed 09/04/24    Entered 09/04/24 09:09:12    Desc Main
Document     Page 3 of 5

## CERTIFICATE OF SERVICE

     I, Gary W. Cruickshank, hereby certify that on September 4, 2024, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing and served same in the following manner upon the interested parties:

E-mail service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Richard King - B**    USTPRegion01.BO.ECF@USDOJ.GOV
- **David B. Madoff**    madoff@mandkllp.com, alston@mandkllp.com

And by regular United States mail, postage prepaid upon all creditors on the annexed list

                                      /s/Gary W. Cruickshank, Esq.

**Amazon Capital Services, LLC**
410 Terry Ave North
Seattle, WA 98109

**American Express**
PO Box 1270
Newark, NJ 07101

**Barclays Bank Delaware**
Attn: Bankruptcy
125 South West St
Wilmington, DE 19801

**Capital One**
PO Box 30285
Salt Lake City, UT 84130

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Capital One Spark**
PO Box 30285
Salt Lake City, UT 84130

**Capital One/BJS**
PO Box 30285
Salt Lake City, UT 84130

**Chase**
PO Box 15299
Wilmington, DE 19850

**Citi Costco Visa**
PO Box 790046
Saint Louis, MO 63179

**Federal Express**
PO Box 371461
Pittsburgh, PA 15250

**JGR Copa, LLC**
4350 Oakes Road, Suite 501
Fort Lauderdale, FL 33314

**Jpmcb**
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

**Ronsun Home & Garden Products, Ltd.**
Room 3, 2nd Floor
24 Xing HUA Road
Ganjingze District, Dalian China

**Rosenthal & Rosenthal**
1370 Broadway
New York, NY 10018

**Syncb/Old Navy**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/JCPenney**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/TJX**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Uber Freight LLC**
555 Market Street, 14th Floor
San Francisco, CA 94105

**Uline**
12575 Uline Drive
Pleasant Prairie, WI 53158

**UPS**
P.O. Box 7247-0244
Philadelphia, PA 19170

**Wareham 25 Group, LLC**
83 Cambridge Street
Middleboro, MA 02346