UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| WILLIAM D. WENTWORTH, JR. | ) | Case No. 24-11577-JEB |
| MICHELLE J. WENTWORTH | ) | |
| Debtors | ) | |

---------------------------------------------

### NOTICE OF INTENDED PRIVATE SALE OF THE DEBTORS INTEREST IN REAL ESTATE LOCATED AT 35 KING'S WAY, MIDDLEBORO, MASSACHUSETTS, SOLICITATION OF HIGHER OFFERS, DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS AND HEARING DATE

February 26, 2025 IS THE DATE OF THE PROPOSED SALE

**FEBRUARY 11, 2025, by 4:30 PM**    IS THE DATE BY WHICH OBJECTIONS OR HIGHER OFFERS MUST BE MADE

NOTICE is hereby given, pursuant to 11 USC § 363(b)(1) and (f), Fed. R. Bankr. P. 2002(a)(2) and 6004(c), and MLBR 2002-5 and 6004-1, 6004-(1)(a) and (c) that Gary W. Cruickshank, Chapter 7 Trustee in this case, intends to sell at private sale the Debtors' right, title and interest in certain property.

PROPERTY TO BE SOLD:

The interest of the Debtors in real estate located at 35 King's Way, Middleboro, Massachusetts (the "Real Estate").  The Debtors own a 50% interest in the Real Estate.

THE OFFER:

An offer to purchase the Real Estate has been received for the sum of One Hundred Thousand Dollars payable as follows: A $10,000.00 deposit has been paid and is being held by the undersigned, and the balance, $90,000.00 will be paid on the 15th day after the sale is approved by the Court.

THE PROPOSED BUYER:

Aida Wentworth is the Proposed Buyer.   The Proposed Buyer is the sister-in-law of the Debtor, William D. Wentworth, Jr., and owns the remaining 50% interest in the Real Estate.  William D. Wentworth Jr., the Debtor, is the brother of the Buyer's deceased husband.

1

THE SALE DATE:

The sale shall take place on or after February 26, 2025.[1]  As indicated above, the Proposed Buyer has paid a deposit in the sum of $10,000.00, and will pay the balance of $90,000.00 on the closing date.  The terms of the proposed sale are more particularly described in a Second Motion for Order Authorizing and Approving Private Sale (the "Second Motion to Approve Sale") filed with the Court contemporaneously herewith.  The Motion to Approve Sale and the Purchase and Sale Agreement are available at no charge upon request to the undersigned.

CONTINGENCIES:

    A.    Approval of this Court;

HIGHER OFFERS OR OBJECTIONS:

Any objections to the sale and/or higher offers must be filed in writing with the Clerk, United States Bankruptcy Court, John W. McCormack Post Office and Courthouse, 5 Post Office Square, Suite 1150, Boston MA 02109-3945 on or before **FEBRUARY 11, 2025, at 4:30 PM** (the "Objection Deadline").  A copy of any objection or higher offer also shall be served upon the undersigned.  Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized.  Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

Through this Notice, higher offers for the Asset are hereby solicited.  Any higher offer must be at least 10% greater than the offer of $100,000.00 or at least $110,000.00.  Any higher offer must be accompanied by a deposit of 10% of the competing bid in the form of a certified or bank check made payable to the undersigned as Chapter 7 Trustee of William D. Wentworth Jr and Michelle J. Wentworth.  Higher offers must be on the same terms and conditions provided in the Second Motion for Sale and herein, other than the higher purchase price.

HEARING:

A hearing on the Second Motion to Approve Sale, objections or higher offers is scheduled to take place on **FEBRUARY 19, 2025, at 10:00 AM**  before the Honorable Janet E. Bostwick, United States Bankruptcy Judge, Courtroom 3, 12th Floor, John W. McCormack Post Office and Courthouse, 5 Post Office Square, Boston Massachusetts.  Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken.  The Court may take evidence at any hearing on approval of the sale to resolve issues of fact.  If no objection to the Second Motion to Approve Sale or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale the Court may 1) consider any requests to strike a higher offer; 2) determine further terms and conditions of the sale, 3) determine the requirements for further

---

[1] Or such other date after Court approval is obtained.

2

competitive bidding, and 4) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

DEPOSIT:

The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the buyer approved by the Court, the Court, without further hearing, may approve the sale of the Asset to the next highest bidder.

Any questions concerning the intended sale should be addressed to the undersigned.

Dated: January 17, 2025             /s/Gary W. Cruickshank, Esq.
                                    Trustee in Bankruptcy of
                                    William D. Wentworth, Jr.
                                    Michelle J. Wentworth
                                    101 Federal Street, Suite 1900
                                    Boston MA 02110
                                    (617)330-1960
                                    gwc@cruickshank-law.com
                                    (BBO107600)